Calvin C. Fayard, Jr.
Wanda J. Edwards
**FAYARD & HONEYCUTT, APC**
519 Florida Avenue, SW
Denham Springs, Louisiana 70726
Telephone: 225-664-4193
Facsimile: 225-664-6925
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. : 05-4300 CRB<br><br>**MDL NO. 1699**<br>**District Judge: Charles R. Breyer** |
| Deborah Woodberry,  Plaintiff<br>vs.<br>Pfizer Inc,  Defendant. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff Deborah Woodberry in the above-entitled action and Defendant, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to the plaintiff named herein only with each side bearing its own attorneys' fees and costs.

DATED: 4/1, 2010    By: /s/ Wanda Edwards

**FAYARD & HONEYCUTT, APC**
519 Florida Avenue, SW
Denham Springs, Louisiana 70726
Telephone: 225-664-4193
Facsimile: 225-664-6925

*Attorneys for Plaintiff*

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

DATED: April 19, 2010    By: _____

DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: 5-11-2010    _____
Hon. Charles R. Breyer
United States District Court

---

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**